THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TERRENCE G. AUSTIN, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| vs. | ) | No. 07 C 3184 |
| | ) | |
| | ) | Honorable Judge |
| COOK COUNTY and COOK COUNTY | ) | Ronald A. Guzman |
| COMMISSIONER TONY PERAICA, | ) | |
| | ) | |
| **Defendants.** | ) | |

## STIPULATION TO DISMISS WITH PREJUDICE

The Plaintiff in this case, TERRENCE G. AUSTIN, through his attorney, Zane D Smith & Associates, Ltd., and the Defendants, THE COUNTY OF COOK and TONY PERAICA, through their attorneys, Anita Alvarez, State's Attorney of Cook County, Illinois, and Michael A. Kuczwara Jr., Assistant State's Attorney, stipulate to the dismissal of all claims against Tony Peraica with prejudice and without costs pursuant to Federal Rule of Civil Procedure 41(a)(1).

PLAINTIFF:

    TERRANCE AUSTIN

By: /s/ Andre Ordeanu      Date: 7/19/2012
    Andre Ordeanu
    ZANE D. SMITH & ASSOICATES, LTD
    415 North LaSalle Street, Suite 501
    Chicago, Illinois 60610

DEFENDANTS:

    COUNTY OF COOK and TONY PERAICA

By: /s/ Michael A. Kuczwara Jr.      Date: 7/19/2012
    Michael A. Kuczwara Jr.
    Assistant State's Attorney
    500 Richard J. Daley Center
    Chicago, Illinois 60602